UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

EAST PARK TECHNOLOGIES INC., et al.,

                Plaintiffs,

     -v-

BEYOND ALPHA VENTURES LLC, et al.,

                Defendants.

------------------------------------------------------------------------X

26-cv-2390 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  06/17/2026

LEWIS J. LIMAN, United States District Judge:

Plaintiffs submitted a motion for default judgment on June 8, 2026.  Defendants may serve an opposition to the motion for default judgment by July 10, 2026, and any reply thereto is due on or before July 17, 2026.  The Court will hold a telephonic hearing on the motion for default judgment on July 20, 2026 at 2:00 p.m.  The parties are instructed to dial 646-453-4442 and input conference ID 358639322.  The initial pretrial conference scheduled for June 22, 2026 is cancelled.

Plaintiffs are ordered to serve this Order on the Defendants and file proof of service on the docket.

     SO ORDERED.

Dated: June 17, 2026
     New York, New York
                            LEWIS J. LIMAN
                      United States District Judge