USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EAST PARK TECHNOLOGIES INC., et al.,

Plaintiffs,

-v-

BEYOND ALPHA VENTURES LLC, et al.,

Defendants.

26-cv-2390 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a conference in this matter on July 20, 2026. Mr. Fraenkel represented himself pro se. No counsel appeared for the corporate defendant, Beyond Alpha Ventures LLC. This written order reflects the Court's oral rulings.

Defendants shall have until August 7, 2026 to respond to the Complaint and to move that the Court consider that response out of time and to file a motion for vacatur of the certificate of default and to oppose Plaintiffs' motion for default judgment. The Court will hold the motion for default as against both Defendants in abeyance until that date.

The Court will hold a renewed hearing on the motion for default judgment on August 14, 2026 at 2:00 p.m.

Defendant is directed to file a Notice of Pro Se Appearance (available at https://nysd.uscourts.gov/forms/notice-appearance), and provide all contact information in this Notice. Defendant may also file (1) a Consent to Electronic Service (available at https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-form.pdf) to

receive notification by email of all filings in this action[1]; and (2) a Motion for Permission for Electronic Case Filings to file documents electronically (available at https://nysd.uscourts.gov/sites/default/files/2019-04/2012-prosemotionecffiling-final.pdf).

The Clerk of Court is respectfully requested to

1. Add the PRO SE DFT Flag to this action.
2. Add the following address for Defendant to the caption of the docket: 40 Wall Street, Suite 2702, New York, New York, 10005.
3. Mail Defendant the Information Package for Defendants and note the mailing on the docket.
4. Mail a copy of this order to the Defendant at the following address: 40 Wall Street, Suite 2702, New York, New York, 10005..
5. Add CASE MANAGEMENT NOTE to the docket.

SO ORDERED.

Dated: July 20, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge

[1] Further instructions are available at https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-Instructions.pdf.