USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EAST PARK TECHNOLOGIES INC., et al.,<br><br>Plaintiffs,<br><br>-v-<br><br>BEYOND ALPHA VENTURES LLC, et al.,<br><br>Defendants. | 26-cv-2390 (LJL)<br><br>ORDER |

LEWIS J. LIMAN, United States District Judge:

Plaintiffs East Park Technologies Inc. ("East Park") and EMWR Investments LLC ("EMWR," and with East Park, collectively, "Plaintiffs") have moved for default judgment against Defendants Beyond Alpha Ventures LLC ("Beyond Alpha") and Jacob Frankel ("Frankel," and with Beyond Alpha, collectively, "Defendants"). Dkt. Nos. 20, 25. Plaintiffs seek a default judgment against Beyond Alpha and Frankel individually in the amount of $250,000 in favor of East Park and $100,000 in favor of EMWR. Dkt. Nos. 20-2, 25-2. Plaintiffs have obtained a Clerk's Certificate of Default as against both Beyond Alpha, Dkt. No. 17, and Frankel, Dkt. No. 23. Beyond Alpha has never appeared in this case. Frankel has appeared but has not responded to the complaint. The Court granted Frankel an extension of time until August 7, 2026, to respond to the complaint, to move to vacate the certificate of default, and to oppose the motion for a default judgment. Dkt. No. 35. Frankel did not meet any of those deadlines. To date, he has not responded to the complaint, moved to vacate the certificate of default entered against him, or opposed the motion for a default judgment.

The Court held a hearing on the motion for a default judgment on August 14, 2026. The Court gave Frankel an opportunity to be heard. Nonetheless, the Court advised that barring any

update from the parties, including as may be relevant to settlement, the Court would rule on the motions for default judgment. At the conclusion of the hearing, the Court indicated that it would be prepared to address the motions "in short order."

The Court gives notice that it is prepared to turn to the motions for a default judgment and to treat them as unopposed Any submissions by any party in response to the certificate of default or the motion for a default judgment filed later than October 27, 2026, will be disregarded as untimely.

The Clerk of Court is respectfully directed to mail a copy of this Order to the self-represented litigant except if he has agreed to electronic service. Plaintiffs are directed to serve a copy of this order on Frankel and to file a proof of service on the docket.

SO ORDERED.

Dated: October 13, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge