USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:__________
DATE FILED: 11/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

EAST PARK TECHNOLOGIES INC., et al.,

Plaintiffs,

-v-

BEYOND ALPHA VENTURES LLC, et al.,

Defendants.

---------------------------------------------------------------------X

26-cv-2390 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On November 5, 2026, the Court issued a Memorandum and Order that "respectfully directed [the Clerk of Court] to enter judgment against Frankel and Beyond Alpha, each jointly and severally liable for $350,000 plus pre- and post-judgment interest at 9% along with taxable costs, to close all open motions, and to close the case." Dkt. No. 41. The Court now clarifies that prejudgment interest is to be calculated from October 7, 2025.

Under New York law, prejudgment interest accrues from the "earliest ascertainable date on which the cause of action existed." *Sung Taek Kwon v. Leg Res., Inc.*, 2018 WL 2316630, at *4 (S.D.N.Y. May 7, 2018). Plaintiffs' first transfer to Defendants of $250,000 occurred on September 30, 2025; the second transfer of $100,000 occurred on October 6, 2025. Dkt. No. 41 at 2. To be "conservative" and "reasonable," *Sung Taek Kwon*, 2018 WL 2316630, at *4, prejudgment interest for the aggregate amount of $350,000 should accrue starting from October 7, 2025—the first day on which all the elements of fraud were satisfied, *see* Dkt. No. 41 at 6–8.

SO ORDERED.

Dated: November 10, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge