**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

EAST PARK TECHNOLOGIES INC., et al.,

Plaintiffs,

26 **CIVIL** 2390 (LJL)

-against-

**DEFAULT JUDGMENT**

BEYOND ALPHA VENTURES LLC, et al.,

Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Memorandum and Order dated November 5, 2026 and the Court's Order dated November 10, 2026, the motions for default judgment are GRANTED IN PART and DENIED IN PART. Judgment is entered against Frankel and Beyond Alpha, each jointly and severally liable for $350,000 plus pre and post-judgment interest at 9% along with taxable costs. Pre-judgment interest amounting to $34,434.25 in total, accordingly, the case is closed.

**DATED**: New York, New York
November 10, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** ____________________

**Deputy Clerk**