USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

EAST PARK TECHNOLOGIES INC., et al.,

Plaintiffs,

-v-

BEYOND ALPHA VENTURES LLC, et al.,

Defendants.

---------------------------------------------------------------------X

26-cv-2390 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court has received a response to the November 18, 2026 Order to Show Cause. Dkt. No. 48. Plaintiffs are correct that at this stage judgment has been entered. Accordingly, to the extent that Frankel seeks an order vacating the judgment, he shall timely move for such relief pursuant to Federal Rule of Civil Procedure 60 and demonstrate why relief is appropriate based on the standards of that rule. In the event that Frankel does so move, Plaintiffs may file a new memorandum of law in opposition to the motion or shall submit a letter to the Court relying on the response at Dkt. No. 48. Frankel shall have an opportunity to reply.

The Clerk of Court is respectfully directed to mail a copy of this Order to the self-represented litigant except if he has agreed to electronic service. Plaintiffs are directed to serve a copy of this Order on Frankel and to file a proof of service on the docket.

SO ORDERED.

Dated: November 24, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge